# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| North Memorial Health Care, | Civil File No. 10-cv-3620 (DWF/SER) |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Medco Health Solutions, Inc., | |
| Defendant. | |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The above-entitled action may be dismissed with prejudice and on the merits.

2. No costs shall be awarded to any party.

3. Any party may apply to the Court for entry of the accompanying proposed Order.

Dated: April 27, 2011.    **FREDRIKSON & BYRON, P.A.**

s/Sten-Erik Hoidal
Crystal M. Patterson (#030492X)
 *cpatterson@fredlaw.com*
Sten-Erik Hoidal (#035241X)
 *shoidal@fredlaw.com*
200 South Sixth Street
Suite 4000
Minneapolis, MN 55345
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

**ATTORNEYS FOR PLAINTIFF NORTH MEMORIAL HEALTH CARE**

Dated: May 13, 2011.                                    **FAEGRE & BENSON LLP**

s/Steven L. Severson
Steven L. Severson (#152857)
   *sseverson@faegre.com*
Deborah A. Ellingboe (#26216X)
   *dellingboe@faegre.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

**ATTORNEYS FOR DEFENDANT
MEDCO HEALTH SOLUTIONS, INC.**

fb.us.6673323.01