## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

North Memorial Health Care,                             Civil No. 10-3620 (DWF/SER)

          Plaintiff,

v.                                                                            **ORDER FOR DISMISSAL**
                                                                **WITH PREJUDICE**

Medco Health Solutions, Inc.,

          Defendant.

---

Crystal M. Patterson, Esq., and Sten-Erik Hoidal, Esq., Fredrikson & Byron, PA, counsel for Plaintiff.

Deborah A. Ellingboe, Esq.,Molly J. Streiff, Esq., and Steven L. Severson, Esq., Faegre & Benson LLP, counsel for Defendant.

---

      Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. [23]), and Rule 41(a) of the Federal Rules of Civil Procedure,

      **IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED** on the merits and **WITH PREJUDICE**, without costs to any party.


Dated:  May 16, 2011         <u>s/Donovan W. Frank</u>
                                      DONOVAN W. FRANK
                                      United States District Judge